

MAY 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:13 CR 00218 AWI BAM |
| Plaintiff, ) | |
| ) | ORDER RE: EX PARTE MOTION TO |
| v. ) | SEAL INDICTMENT PURSUANT TO |
| ) | RULE 6(e), FEDERAL RULES OF |
| JOSE MARTINEZ-GONZALEZ, ET AL. ) | CRIMINAL PROCEDURE |
| ) | |
| Defendants ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 5/23/13                    _____
                                  U.S. MAGISTRATE JUDGE

3