BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-218 |
|---|---|
| Plaintiff, | REQUEST TO UNSEAL INDICTMENT |
| v. | |
| JOSE LUIS GONZALEZ-MARTINEZ, ET.AL., | |
| Defendants. | |

To facilitate the initial appearance and arraignments of the defendants charged in the instant case, the government hereby requests that the indictment in this case be unsealed.

Dated:  August 14, 2013                           BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ Kathleen A. Servatius
                                                  KATHLEEN A. SERVATIUS
                                                  Assistant United States Attorney

Request to Unseal Indictment                    1

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00218 AWI BAM |
| Plaintiff, | ORDER UNSEALING INDICTMENT |
| v. | |
| JOSE LUIS GONZALEZ-MARTINEZ, ET.AL., | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

IT IS SO ORDERED.

Dated:  __August 15, 2013__

_____
UNITED STATES MAGISTRATE JUDGE