BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARTINEZ-GONZALEZ, ET AL, <br><br> Defendant. | CASE NO.: 1:13-CR-00218 LJO SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE:   June 2, 2014 <br> TIME:   1:30 p.m. |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Manuel U. Araujo counsel for Jose Martinez-Gonzalez, Harry Drandell counsel for Porfiro Farias, John Garland counsel for Luis Valencia, Arturo Hernandez counsel for Octavio Gallegos-Vasquez, and Michael McDonnell counsel for Ignacio Villalobos-Lopez agree that the status conference currently set for Monday, June 2, 2014 at 1:30 p.m. **may be continued to Monday, July 7, 2014, at 1:00 p.m. before United States Magistrate Judge Sheila K.**

///

- 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
                       AND ORDER THEREON

**Oberto**. The reason for the continuance is that Kathleen Servatius will be out of town and unavailable on that date and, due to the complexity of the case, no other attorney can appear on her behalf.

The parties further agree that time may excluded pursuant to Title 18, United States Code, Sections 3161(h)(1)D) and 3161(7)(B)(iv).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 20, 2014                 /s/Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney


Dated: May 20, 2014                 /s/ Manuel U. Araujo
                                    MANUEL U. ARAUJO
                                    Attorney for Jose Martinez-Gonzalez

Dated: May 20, 2014                 /s/Harry M. Drandell
                                    HARRY M. DRANDELL
                                    Attorney for Porfiro Farias

Dated: May 20, 2014                 /s/Michael R. McDonnell
                                    MICHAEL R. MCDONNELL
                                    Attorney for Ignacio Villalobos-Lopez


Dated: May 20, 2014                 /s/Arturo Hernandez
                                    ARTURO HERNANDEZ
                                    Attorney for Octavio Gallegos-Vasquez

Dated: May 20, 2014                 /s/John F. Garland
                                    JOHN F. GARLAND
                                    Attorney for Luis Valencia
```

**ORDER**

The parties' stipulated request for a continuance of the status conference date is GRANTED. The status conference currently set for Monday, June 2, 2014, at 1:30 p.m. **is CONTINUED to Monday, July 7, 2014, at 1:00 p.m.** Time shall be excluded for the reason set forth both based on the Court's finding that the failure to grant the motion would unreasonably deny the government continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The court notes that the indictment in this case was filed on May 23, 2013, and all of the defendants were arraigned as of September 2013. If the parties are unable to resolve the matter prior to July 7, 2014, they shall be prepared to select a mutually acceptable trial date before United States District Judge Lawrence J. O'Neill at the July 7, 2014, status conference date.

IT IS SO ORDERED.

Dated: **May 27, 2014**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE