Manuel U. Araujo,
An Attorney at Law
1650 E. Gonzalez Rd.
Oxnard, CA 93036
Manuelaraujo1978@gmail.com
Tel. No. 805-988-6805

Attorney for Jose Martinez-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DISVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 13-cr-218- -LJO-BAM |
| Plaintiff, ) | ORDER TO CONTINUE HEARING |
| vs. ) | |
| Jose Martinez-Gonzalez, et al., ) | |
| Defendant(s) ) | |

ORDER

The parties' stipulated request for a continuance of the 4th Status Conference and Motion hearing date is GRANTED.  The Status Conference & Motion hearing date currently set for Monday, June 23, 2014, at 1:00 p.m. is CONTINUED to Monday, July 28, 2014, at 1:00 p.m. Time shall be excluded for the reason set forth both based on the Court's finding that the failure to grant the motion would unreasonably deny the defendant's continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial under Title 18 USC, Sections 3161(h)(1)(D) and 3161(7)(B)(iv).

The court notes that the indictment in this case was filed on May 23, 2013, and all of the defendants were arraigned as of September 2013.   If the parties are unable to resolve the matter prior to July 28, 2014, they shall be prepared to select a mutually acceptable trial date before United States District Judge Lawrence J. O'Neill at the July 28, 2014, status conference date.

     IT IS SO ORDERED.


Dated:   **June 12, 2014**           /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE