IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JOSE MARTINENZ GONZALEZ, ET. AL.,<br><br>             Defendant. | CASE NO.  1:13-CR-000218 AWI-BAM<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS<br><br>DATE: November 3, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants Jose Martinez-Gonzalez, et. al., by and through their attorneys of record, having stipulated to continue the hearing on the defendants' motion to suppress,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3 to November 17, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   October 21, 2014                    _____
                                                                  SENIOR  DISTRICT  JUDGE

ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION TO SUPPRESS                                                                1