Manuel U. Araujo
Attorney at Law,
California Bar Number 65065
1650 E. Gonzalez Rd.
Oxnard, CA 93036
Telephone: (805) 988-6805

Attorneys for the
Jose Gonzalez-Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.  1:13-CR-00218-AWI-BAM** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO SUPPRESS FROM NOVEMBER 17, 2014, AT 1:30 PM TO DECEMBER 1, 2014 AT 1:30** |
| v. | |
| JOSE MARTINEZ-GONZALEZ, ET.AL. | DATE: December 1, 2014 |
| Defendants. | TIME: 1:30 PM |
| | COURT: Hon. Anthony W. Ishii |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants Jose Martinez-Gonzalez, et. al., by and through their attorneys of record, hereby stipulate to continue the hearing on the defendants' motion to suppress, from November 17, 2014 at 1:30 P.M. until December 1, 2014 at 1:30 p.m.  The reason for the continuance is to permit the defendant additional time to complete its reply to the Government's opposition to the defendant's motion to suppress which it filed on October 29, 2014[1].  Additionally, counsel for Martinez-Gonzalez on November 17, 2014, at 1:30 PM has a multi-defendant hearing on pretrial motions on a case set for trial on December 16, 2014, in the case of *United States v. Washington*, CR 14-415-RGK, in the Central District of Los Angeles.  Counsel has attempted to continue that hearing, but the Government witness is not available in the first two weeks of December 2014, therefore the parties will not agree to a continuance.

---

[1] For some unknown reason counsel for Mr. Martinez-Gonzalez was not able to download a copy of the government's opposition until November 4, 2014.

1    IT IS AGREED THAT the defendant(s) shall have until November 17, 2014 to file its reply to

2   the Government's opposition to the motion.

3    IT IS FURTHER AGREED that, for the purpose of computing time under the Speedy Trial Act,

4   18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2014 to

5   December 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

6

7   Dated: November 9, 2014                    /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS
8                                               Assistant United States Attorney

9   Dated:  November 9, 2014                   /s/ Manuel U. Araujo
                                                Manuel U. Araujo
10                                              Attorney for Defendant Jose Martinez-Gonzalez

11  Dated:  November 9, 2014                   /s/ Harry Drandell
                                                Harry Drandell
12                                              Porfiro Farias

13  Dated:  November 9, 2014                   /s/ Michael McDonald
                                                Michael McDonald
14                                              Ignacio Villalobos-Lopez

15  Dated:  November 9, 2014                   /s/ Arturo Hernandez
                                                Arturo Hernandez
16                                              Octavio Gallegos-Vasquez

17  Dated:  November 9, 2014                   /s/ John Garland
                                                Luis Valencia, aka Alex Sanchez
18                                              Attorney for Defendant

19

20                          **ORDER**

21

22    The United States of America, by and through BENJAMIN B. WAGNER, United States

23  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants Jose

24  Martinez-Gonzalez, et. al., by and through their attorneys of record, having stipulated to continue the

25  hearing on the defendants' motion to suppress to December 1, 2014, and that defendant(s) have until

26  November 17, 2014 to file their reply to the Government's opposition.

27

28

1    IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act,

2  18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17 to

3  December 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

4

5  IT IS SO ORDERED.

6  Dated:   November 10, 2014

   SENIOR  DISTRICT  JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3