IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARTINEZ-GONZALEZ, ET.AL.<br><br>Defendants. | CASE NO.  1:13-CR-218 AWI-BAM<br><br>**ORDER ON STIPULATION TO VACATE STATUS CONFERENCE**<br><br>Date: November 24, 2014<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants Jose Martinez-Gonzalez, et. al., by and through their attorneys of record, having agreed to vacate the 5th Status Conference at 1:00 PM before Judge McAuliffe in the above-entitled case pending hearing of the defendant's motion to suppress on December 1, 2014 at 1:30 PM before Judge Ishii,

IT IS SO ORDERED.  The parties shall request a new status conference date on December 1, 2014 during their appearance before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **November 13, 2014**         /s/ *Barbara A. McAuliffe*         
                                                  UNITED STATES MAGISTRATE JUDGE